IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GEORGE HICKS,

    Plaintiff,

v.   CASE NO. 1:07-cv-00143-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 24, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner denying benefits be reversed and remanded for further proceedings. The Magistrate filed the Report on Tuesday, February 3, 2009. The Court furnished each of the parties with a copy of the Report and afforded the parties an opportunity to file objections. To date, neither party has filed an objection, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate's findings and recommendation. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge, Doc. 24, is ADOPTED and incorporated herein. The decision of the Commissioner denying benefits is REVERSED AND REMANDED for further proceedings consistent with the Magistrate's opinion.

    **DONE AND ORDERED** this   *5th* day of March, 2009

                   *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge